UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2019 ★
JG

LONG ISLAND OFFICE

Christopher Emanuel James
_____

(In the space above enter the full names(s) of the plaintiff(s).)

-against-

Riverhead County Jail
Lieutenant Aires Badge # 6207
Correctional officers
M.N. Ms. Lisa
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you Cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Address should be included here)

CV-19 1175

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial ☑ Yes ☐ No
(Check one)

BIANCO, J.

BROWN, M. J.

I. **Parties in this Complaint**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Christopher James
    ID# 09949131 J   DIN# 18A4676
    Current Institution Downstate Corr. Facility
    Address 121 Red School House Rd. Box F
    Fishkill, NY 12524-0445

B. List all defendants' names. Positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of papers as necessary.

**RECEIVED**
FEB 27 2019
**EDNY PRO SE OFFICE**

Defendant No. 1  Name River Head County Jail          Shied # ~~[redacted]~~
Where Currently Employed Suffolk County Jail
Address 110 Center Drive, River Head, NY 11901

Defendant No. 2  Name Lieutenant Aires          Shied # 6207
Where Currently Employed River Head County Jail
Address 110 Center Drive, River Head, NY 11901

Defendant No. 3  Name Correctional officers          Shied # N/A
Where Currently Employed River Head County Jail
Address 110 Center Drive, River Head, NY 11901

Defendant No. 4  Name Registered Nurse Ms. Lisa          Shied # N/A
Where Currently Employed River Head County Jail
Address 110 Center Drive, River Head, NY 11901

Defendant No. 5  Name _____          Shied # _____
Where Currently Employed _____
Address _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim. Do not cite any case or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your clam(s) occur? In River Head County Jail in Suffolk County Corr. Facility

B.  Where in the institution did the events giving rise to your claim(s) occur? In the S.H.U. 4 South East, Mental observation 2 South East & B.M.H.U. 4 South West.

C.  What date and approximate time did the events giving rise to your claim(s) occur? From August 22, 2018 to December 11, 2018

D.  Facts: On August 22, 2018, excessive force was used against me because of a dispute (verbal) I had with AM officers. I was then taken to the S.H.U. on 4 South East where I displayed "unusual behavior", such as screaming "Queen Stone", shouting hymns & A-Au-Au, not eating breakfast, lunch or dinner, and not going to sleep. I was sent to mental observation in 2 South East but was not seen by a professional or doctor about my condition in Riverhead county jail & my unusual behavior, and was then taken to B.M.H.U. when I threw water at a C.O. At B.M.H.U. I displayed the same unusual behavior, banging on my door, showing my penis to everybody, even inmates that walked by, and throwing water over myself in my cell. I tried to talk to the Lieutenant, she ignored me. I asked for grievances so I can be housed in a hospital or see someone because I felt I "lost my mind" and one was not given to me. I asked Nurse Lisa for help & she declined me medical/psychiatric attention. I was neglected by all Riverhead staff. During my psychiatric episode and was not provided with adequate medical/psychological care. I've sustain permanent damage from my charade and do not know what "reality" is. I would like to sue under my 8th Amendments rights being violated for cruel & unusual punishment & my 14 Amendment rights being violated for neglecting of my due process.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Bi-polar Disorder, Social Anxiety Disorder, Borderline Personality Disorder & Major Depression. I did receive any treatment for these conditions, anywhere.

### IV. Exhaustion of Administrative Remedies:

The Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any or Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). SAME AS ABOVE

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not know ___

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all your claim(s)?

Yes ___   No ✓   Do Not know ___

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other facility correctional where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint, where did You file the grievance?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the Grievance? N/A

1. Which claim(s) in this complaint did you grievance N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to The highest level of the grievance process. N/A

F.  If you did not file a grievance:
1. If there are any reason why you did not file a grievance, state them here: WAS NOT IN MY "RIGHT STATE OF MIND". DID NOT EVEN KNOW THEY EXISTED AT THE TIME. I WAS "MENTALLY UNSTABLE" FOR 3 1/2 MONTHS.

2. If you did not file a grievance but informed any official of your claim, state who you in informed, when and how, and their response, if any: LIEUTENANT AIRES. DID NOTHING. JUST LOOKED AT ME & WALKED OFF.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I WAS NOT IN MY "RIGHT STATE OF MIND", AND WAS LIKE CHUCKY, AT THAT TIME. SOMEBODY SHOULD HAVE DID "SOMETHING". THIS EPISODE OR THESE EPISODES DID NOT HAPPEN IN PRIVATE

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, That you are seeking and basis for such amount). I SEEK $1,000,000 A.S.A.P.

VI. **Previous lawsuit:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____   No ✓

B. If your nswer to A is yes, describe each lawsuit by answering questionings 1 through 7 below. (If there is more than one law suit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district, if state court, name the county) _____

   3. Docket or index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes _____ No _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes ✓   No _____

D. If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same format.)

   1. Parties to previous lawsuit:

   Plaintiff Christopher James

   Defendants S.C. Supreme Court & S.C. Homicide section

2. Court (if federal court, name the district, if state court, name the county) __Eastern District District Court, And Court of Appeals__

3. Docket or index number __18-3332 from @ 18-CV-2826__

4. Name of Judge assigned to your case __Judge Bianco__

5. Approximate date of filing lawsuit __5/10/18__

6. Is the case still pending? Yes __✓__ No ____

7. What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? __Appealed__

I declare under penalty of perjury that the forgoing is true and correct.

Signed this __21__ day of __February__, 20__19__.

Signature of Plaintiff __C. Jenne__
Inmate Number __18A4676, 0994491315__
Institution Address __121 Red school house Rd Fishkill, NY 12524__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __21__ day of __February__, 20__19__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff __C. Jenne__